UNITED STATES of America,
Plaintiff–Appellee,

v.

Shawn ALLEN, Defendant–Appellant.

No. 02–50082.

D.C. No. CR–01–00524–GHK.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 21, 2003.

Before BROWNING, RYMER and
KLEINFELD, Circuit Judges.

MEMORANDUM**

Shawn Allen appeals his guilty-plea convictions and concurrent 151–month sentences imposed for two counts of bank robbery, in violation of 18 U.S.C. § 2113(a). Allen's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Allen has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct.

346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.[1]

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. All pending motions are denied.

